**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SATVINDER SINGH,

     Petitioner,

v.

KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland
Security; PAMELA BONDI, in her official
capacity as Attorney General of the United
States; TODD M. LYONS, in his official
capacity as Acting Director and Senior
Official Performing the Duties of the
Director of U.S. Immigration and Customs
Enforcement; MARY DE ANDA-YBARRA,
in her official capacity as Field Office
Director of the El Paso Field Office of U.S.
Immigration and Customs Enforcement,
Enforcement and Removal Operations; and
GEORGE DEDOS, in his official capacity as
Warden of the Cibola County Correctional
Center,

     Respondents.

Case No. 1:25-cv-01266-MIS-KRS

**ORDER DIRECTING SERVICE AND ORDER TO SHOW CAUSE**

**THIS MATTER** is before the Court on Petitioner Satvinder Singh's Petition for Writ of

Habeas Corpus, ECF No. 1, and Motion for Temporary Restraining Order, ECF No. 2.

**IT IS ORDERED** that Petitioner shall serve the Petition for Writ of Habeas Corpus, the

Motion for Temporary Restraining Order, and this Order on each of the individual Respondents.

Petitioner shall file a certificate of service on the docket once this has been completed. If counsel

enters an appearance on Respondents' behalf, they may accept service of those documents. The

Court shall provide a courtesy copy of this Order to the Civil Division Chief of the United States

Attorney's Office for the District of New Mexico.

**IT IS FURTHER ORDERED** that the Respondents shall respond to the Petition and **SHOW CAUSE** why the Petition shall not be granted within **three (3) days** of service of the Petition.

**IT IS FURTHER ORDERED** that Petitioner may file a reply brief within **three (3) days** after the answer is filed.

The Court will schedule a hearing on the Motion for Temporary Restraining Order by separate docket entry.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE