# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SATVINDER SINGH,

    Petitioner,

v.

                                   Case No. 1:25-cv-01266-MIS-KRS

KRISTI NOEM, in her official capacity as
Secretary of the Department of Homeland
Security; PAMELA BONDI, in her official
capacity as Attorney General of the United
States; TODD M. LYONS, in his official
capacity as Acting Director and Senior
Official Performing the Duties of the
Director of U.S. Immigration and Customs
Enforcement; MARY DE ANDA-YBARRA,
in her official capacity as Field Office
Director of the El Paso Field Office of U.S.
Immigration and Customs Enforcement,
Enforcement and Removal Operations; and
GEORGE DEDOS, in his official capacity as
Warden of the Cibola County Correctional
Center,

    Respondents.

## ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME AND ENJOINING THE GOVERNMENT FROM TRANSFERRING PETITIONER FROM THE DISTRICT OF NEW MEXICO WHILE THESE PROCEEDINGS REMAIN PENDING

**THIS MATTER** is before the Court on the Federal Respondents' Motion for Extension of

Time ("Motion"), ECF No. 8, filed January 2, 2026. Therein, the Federal Respondents request an

extension of the deadline to respond to Petitioner Satvinder Singh's Petition for Writ of Habeas

Corpus ("Petition"), ECF No. 1, and Motion for Temporary Restraining Order, ECF No. 2, and to

reschedule the hearing on the Motion for Temporary Restraining Order currently scheduled for

January 6, 2026, ECF No. 5. Mot. at 4. The Motion indicates that Petitioner is unopposed to the requested relief. Id. Accordingly, it is **HEREBY ORDERED** that:

1. The Federal Respondents' Motion for Extension of Time, ECF No. 8, is **GRANTED IN PART**;

2. The Federal Respondents shall file a response to the Motion for Temporary Restraining Order, ECF No. 2, within one week after proper service;

3. The Federal Respondents shall file a response to the Petition for Writ of Habeas Corpus, ECF No. 1, within two weeks after proper service;

4. The hearing scheduled for January 6, 2026 will go forward as a status conference to discuss whether Petitioner is receiving vegetarian meals in detention;

5. The hearing on Petitioner's Motion for Temporary Restraining Order is **CONTINUED** and will be reset by separate notice after the Government responds to the Motion for Temporary Restraining Order; and

6. To preserve the status quo in the interim, the Government is **ENJOINED** from transferring Petitioner Satvinder Singh from the District of New Mexico while these proceedings remain pending.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE