IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SATVINDAR SINGH,

    Petitioner,

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; TODD M. LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of the El Paso Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; and GEORGE DEDOS, in his official capacity as Warden of the Cibola County Correctional Center,

    Respondents.

1:25-cv-01266-MIS-KRS

## ORDER GRANTING PETITIONER'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

**THIS MATTER** is before the Court on Petitioner Satvindar Singh's Emergency Motion for a Temporary Restraining Order ("Emergency Motion"), filed December 19, 2025. ECF No. 2. The Government did not timely respond.[1] Upon review of the Motion, the record, and the relevant law, the Court **GRANTS** the Emergency Motion. The Court finds that Petitioner has demonstrated a likelihood of success on the merits of his claims, that he will suffer irreparable harm in the

---

[1] The Government was properly served, Summonses Returned Executed, ECF No. 16-20, and had notice of the request, Order Granting in Part Mot. for Extension of Time, ECF No. 9. The Government had seven (7) days to respond to the Motion for a Temporary Restraining Order after service was complete on January 16, 2026. Order Granting in Part Mot. for Extension of Time at 2, ECF No. 9; ECF 16-20.

absence of this injunctive relief, and that the balance of equities and public interest weigh in his favor. Accordingly, it is **HEREBY ORDERED** that:

1. Respondents are **ORDERED** to provide Petitioner with a constitutionally adequate bond hearing before a neutral Immigration Judge within three (3) days, at which the government bears the burden of proving, by clear and convincing evidence, that continued detention is necessary; and

2. This Order shall remain in effect for seven (7) days, and the Court retains jurisdiction to enforce and modify this Order as appropriate.

The Court will not impose a bond requirement at this time. See Fed. R. Civ. P. 65(c); RoDa Drilling Co. v. Siegal, 552 F.3d 1203, 1215 (10th Cir. 2009).

*[signature: Margaret Strickland]*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE